IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3158 & |
| | ) | 4:08CR3167 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN LEONEL OCHOA-FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The warrant issued in Defendant Ochoa-Flores' Case No. 4:08CR3167 is canceled.

(2)   Defendant Ochoa-Flores' initial appearance and subsequent proceedings in Case No. 4:08CR3167 are scheduled at the same time as his sentencing in Case No. 4:08CR3158, which is set on Thursday, January 29, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 15, 2009.           BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge